# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 20-5203**  **September Term, 2023**

**1:20-cv-00006-JEB**

**Filed On:** October 24, 2023

Cletus Woodrow Bohon, et al.,

    Appellants

    v.

Federal Energy Regulatory Commission, et al.,

    Appellees

**BEFORE:** Pillard, Wilkins, and Walker, Circuit Judges

## O R D E R

Upon consideration of appellants' emergency motion for injunctive relief, the oppositions thereto, and the reply, it is

**ORDERED** that the motion be denied.

### Per Curiam

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:    /s/
    Daniel J. Reidy
    Deputy Clerk