# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 20-5203             September Term, 2023

FILED ON: FEBRUARY 13, 2024

CLETUS WOODROW BOHON, ET AL.,
        APPELLANTS

v.

FEDERAL ENERGY REGULATORY COMMISSION, ET AL.,
        APPELLEES

On Remand from the Supreme Court of the United States

Before: PILLARD, WILKINS and WALKER, *Circuit Judges*

## **J U D G M E N T**

This cause came to be heard on remand from the Supreme Court of the United States, vacating this court's judgment and remanding for further consideration given the intervening decision in *Axon Enterprise, Inc. v. FTC*, 598 U.S. 175 (2023). *See Bohon v. FERC*, 143 S. Ct. 1779 (Apr. 24, 2023) (mem.). On consideration thereof, it is

**ORDERED and ADJUDGED** that this court's judgment filed June 21, 2022, affirming the district court's decision to dismiss this suit, be reinstated, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

BY:    /s/

Daniel J. Reidy
Deputy Clerk

Date: February 13, 2024

Opinion for the court filed by Circuit Judge Walker.